MISSOURI CIRCUIT COURT TWENTY-SECOND JUDICIAL CIRCUIT

FILED
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE

2025 FEB 13 AM 10: 53

CASHIER

_____CLERK

STEPHANIE BYRD

800 OLIVE ST. 1706

ST. LOUIS, MISSOURI 63101


VS


UNITED STATES POSTAL SERVICE

1720 MARKET ST. ROOM 2400

ST. LOUIS, MISSOURI 63155

(475 L'EFANT PLAZA, SW WASHINGTON DC

20260-11340)

314-345-5894

*Trial*

CASE TYPE:  TJ/EMPLOYMENT DISCRIMINATION


DESCRIPTION: DISCRIMINATION, Harassment, Retaliation. Failure to adhere to promotion type. I am no longer a Letter Carrier/City Carrier. Haven't been for years. Form 50's hasn't been corrected as of arbitration date 1/09/2022. Refusal to pay as current Career Type. Refusal To place within Career Position. Tampering with Clock Rings which is grounds for termination. Refused to supply all CLOCK RINGS. DUTY PAY. OTHER PAY. FORCING OF CROSSING CRAFTS, which is a grievant matter for all crafts. FAILURE to remove falsified files from eOPF...... BACKPAY CHECK  INCORRECT.

State of Missouri
County of St Louis City

I, Patrick D Ploch, a notary public, do certify that this document was subscribed and sworn before me this 12th day of February, 2025.

Patrick D Ploch

PATRICK D PLOCH
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COMMISSIONED FOR ST. LOUIS CITY
MY COMMISSION EXPIRES MAR. 02, 2025
ID #21103486