**RECEIVED**

MAY 1 6 2025

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

STEPHANIE BYRD,

       Plaintiff,                     )

VS                                 ) Case No. 4:25-cv-00415-RHH

                                     )

                                     )

UNITED STATES POSTAL SERVICE

Postmaster General Louis DeJoy,         )

                                     )

       Defendant.                  )

## RESPONSE TO NOTICE OF REMOVAL/EVIDENCE/Response

Plaintiff, Stephanie Byrd objects to Defendant, United States Postal Service, for notice to dismiss and notice to remove from court for several reasons pursuant to 28 U.S. Code § 1447. There are several EEO Complaints that have been filed internally. Many attempts have been made by (I) Stephanie Byrd against employees of the United States Postal Service to help prevent further harassment and to bring an awareness to how I've been treated in several branches as an employee. Many attempts have been made to correct pay and position type. Many attempts have been made to address retaliation to the extent that a right to file were addressed and mailed to (I), Stephanie Byrd from EEO Specialists also employed at The United States Postal Service.

1. Harassment is a form of employment discrimination that violates Title VIII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, (ADEA), and the Americans with Disabilities Act of 1990, (ADA).

1

## UNITED STATES POSTAL SERVICE ®

| | | |
|---|---|---|
| **Report:** TAC500R3 v3.004 | | **User ID:** BMQPT6 |
| **YrPPWk:** 2016-25-1 to 2017-05-2 | **Restricted USPS T&A Information** | **Date:** 04/25/17 |
| | **STL-COYLE BR** | **Time:** 10:15 AM |
| **Fin. #:** 28-7181 | **Employee Everything Report** | **Page:** 35 |

**YrPPWk:** 2017-05-1      Weekly
**Sub-Unit:** 0000

| Pay Loc/Fin. Unit | 000 / 0000 | | Variable EAS | N | Annual Lv Bal. | 00.00 | FMLA Hrs | 2164.40 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 00.00 |
| Employee Name | BYRD | S  D | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FTF | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule | OOS | Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 84-4 | 2100 | 7220-00 | Q0 | 01 | N | N | 000000 | 28-7181 | | 2017-05-1 | 2017-05-1 | 06.00 | 14.50 | 0.50 | N | SSMTWTF | | |

### Processed Clock Rings

**Tuesday**

    Base      05200: 009.57      05300: 001.57      05400: 000.54

EBR #

| Job | D/A | | | RSC | Fin. # | Route # | | | EBR | Date | Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-0000 | OT | 02/21 | 08.00 | CST | 28-7181 | 7220-00 | 000000 | 03.00 | 02508941 | 02/21 | 15.38 | |
| | | | | | | | | | —.—-—- | _/_ | 00.00 | |
| 500-63 | BT | 02/21 | 08.43 | CST | 28-7181 | 7220-25 | 025020 | | —.— ——-—- | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 02/21 | 15.30 | |
| 500-63 | MV | 02/21 | 08.47 | CST | 28-7181 | 6220-25 | 000000 | | —.— ——-—- | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 02/21 | 15.32 | |
| 000-0000 | BT | 02/21 | 08.47 | CST | 28-7181 | 6220-25 | 000000 | | —.— 02508941 | 02/21 | 15.32 | |
| | | | | | | | | | —.—-—- | _/_ | 00.00 | |
| 000-0000 | MV | 02/21 | 09.64 | CST | 28-7193 | 7220-18 | 000000 | | —.— 02508941 | 02/21 | 15.37 | (W)Ring Deleted From PC |
| | | | | | | | | | 04233633 | 02/21 | 22.83 | |
| 000-0000 | MV | 02/21 | 09.64 | CST | 28-7193 | 7210-18 | 000000 | | —.— 02508941 | 02/21 | 15.32 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 02/21 | 15.37 | |
| 500-74 | BT | 02/21 | 09.64 | CST | 28-7193 | 7210-18 | 000000 | | —.— ——-—- | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 02/21 | 15.32 | |
| 000-0000 | MV | 02/21 | 09.64 | CST | 28-7193 | 7210-18 | 004055 | | —.— 04233633 | 02/21 | 22.83 | |
| | | | | | | | | | —.—-—- | _/_ | 00.00 | |
| 500-74 | MV | 02/21 | 10.11 | CST | 28-7193 | 6220-18 | 000000 | | —.— ——-—- | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 02/21 | 15.33 | |
| 500-74 | MV | 02/21 | 10.49 | CST | 28-7193 | 7210-18 | 004055 | | —.— ——-—- | _/_ | 00.00 | |
| | | | | | | | | | —.—-—- | _/_ | 00.00 | |
| 500-74 | ET | 02/21 | 18.54 | CST | 28-7193 | 7220-00 | 000000 | | —.— ——-—- | _/_ | 00.00 | |
| | | | | | | | | | —.—-—- | _/_ | 00.00 | |

**Wednesday**

    Base      05200: 007.87

EBR #

| Job | D/A | | | RSC | Fin. # | Route # | | | EBR | Date | Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-74 | MV | 02/22 | 09.59 | CST | 28-7193 | 7210-18 | 004046 | | —.— ——-—- | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 02/22 | 18.53 | |
| 000-0000 | BT | 02/22 | 09.59 | CST | 28-7193 | 7210-18 | 004046 | | —.— 02508941 | 02/22 | 18.53 | (W)Ring Deleted From PC |
| | | | | | | | | | 04233633 | 02/22 | 22.22 | |
| 000-0000 | BT | 02/22 | 09.59 | CST | 28-7193 | 7210-18 | 018004 | | —.— 04233633 | 02/22 | 22.22 | |
| | | | | | | | | | —.—-—- | _/_ | 00.00 | |
| 500-74 | MV | 02/22 | 09.74 | CST | 28-7193 | 7210-18 | 018004 | | —.— ——-—- | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02831811 | 02/24 | 06.20 | |
| 500-74 | MV | 02/22 | 17.40 | CST | 28-7193 | 7210-18 | 011011 | | —.— ——-—- | _/_ | 00.00 | |
| | | | | | | | | | —.—-—- | _/_ | 00.00 | |
| 500-74 | MV | 02/22 | 17.40 | CST | 28-7193 | 7220-18 | 000000 | | —.— ——-—- | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02831811 | 02/23 | 05.33 | |
| 500-74 | ET | 02/22 | 17.96 | CST | 28-7193 | 7220-00 | 000000 | | —.— ——-—- | _/_ | 00.00 | |
| | | | | | | | | | —.—-—- | _/_ | 00.00 | |

**UNITED STATES POSTAL SERVICE ®**

| Report: | TAC500R3 v3.004 | Restricted USPS T&A Information | User ID: | BMQPTB |
|---|---|---|---|---|
| YrPPWk: | 2016-25-1 to 2017-05-2 | STL-COYLE BR | Date: | 04/25/17 |
| Fin. #: | 28-7181 | Employee Everything Report | Time: | 10:15 AM |
| | | | Page: | 36 |

YrPPWk:  2017-05-1     Weekly
Sub-Unit:  0000

| Pay Loc/Fin. Unit | 000 / 0000 | | Variable EAS | N | Annual Lv Bal. | 00.00 | FMLA Hrs | 2164.40 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 00.00 |
| Employee Name | BYRD | S  D | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

**Processed Clock Rings**

Thursday
     Base      05200: 005.97
   EBR #

| 000-0000 | BT | 02/23 | 09.16 | CST | 28-7188 | 7210-16 | 016031 | \_\_.\_\_ | 02508941 | 02/23 | 18.60 | |
| | | | | | | | | | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | |
| 500-77 | MV | 02/23 | 09.16 | CST | 28-7188 | 7210-16 | 016031 | \_\_.\_\_ | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 02/23 | 18.60 | |
| 000-0000 | MV | 02/23 | 15.05 | CST | 28-7188 | 7220-00 | 016031 | \_\_.\_\_ | 02818648 | 02/24 | 05.85 | |
| | | | | | | | | | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | |
| 500-77 | ET | 02/23 | 15.13 | CST | 28-7188 | 7220-00 | 000000 | \_\_.\_\_ | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | |
| | | | | | | | | | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | |

Friday
     Base      05200: 008.60     05300: 000.60     05400: 000.65
   EBR #

| 000-0000 | OT | 02/24 | 06.00 | CST | 28-7181 | 7220-00 | 000000 | 00.85 | 02508941 | 02/25 | 05.90 | |
| | | | | | | | | | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | |
| 500-74 | BT | 02/24 | 09.55 | CST | 28-7193 | 7210-18 | 004055 | \_\_.\_\_ | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | |
| | | | | | | | | | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | |
| 500-74 | ET | 02/24 | 18.65 | CST | 28-7193 | 7220-00 | 000000 | \_\_.\_\_ | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | |
| | | | | | | | | | \_\_-\_\_-\_\_ | \_/\_\_ | 00.00 | |

**Weekly Total**

| Paid Hours : | Base | 052: 032.01 | 053: 002.17 | 054: 001.19 | 076: 010.16 |
|---|---|---|---|---|---|
| TACS Hours : | Base | 052: 032.01 | 053: 002.17 | 054: 001.19 | 076: 010.16 |

**Un-Processed Rings**
   EBR#

| | | |
|---|---|---|
| **UNITED POST.... LE** | | User ID: BMQPTB |
| Report: TAC5.....004 | Restricted USPS T&A Information | Date: 04/25/17 |
| YrPPWk: 2016... o 2017-05-2 | STL-COYLE BR | Time: 10:15 AM |
| Fin. #: 28-7..181 | Employee Everything Report | Page: 37 |
| YrPPWk: 2017-...5-2 | Weekly | |
| Sub-Unit: 0000 | | |

| Pay Loc/Fin. Unit | 000 / 0000 | | Variable EAS | N | Annual Lv Bal. | 03.00 | FMLA Hrs | 2143.56 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 00.00 |
| Employee Name | BYRD | S  D | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FTF | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule | OOS | Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 84-4 | 2100 | 7220-00 | Q0 | 01 | N | N | 000000 | 28-7181 | | 2017-05-2 | 2017-05-2 | 06.00 | 14.50 | 0.50 | N | SSMTWTF | | |

**Processed Clock Rings**

Saturday
    Base           05200: 005.75

| EBR # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-0000 | BT | 02/25 | 08.28 | CST | 28-7193 | 7210-18 | 011021 | __.__ | 04233633 | 02/26 | 10.73 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-74 | BT | 02/25 | 08.28 | CST | 28-7193 | 7220-18 | 000000 | __.__ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04233633 | 02/26 | 10.73 | |
| 500-74 | MV | 02/25 | 08.37 | CST | 28-7193 | 7210-18 | 011021 | __.__ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04233633 | 02/26 | 10.73 | |
| 500-74 | MV | 02/25 | 10.20 | CST | 28-7193 | 7210-18 | 018011 | __.__ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-74 | MV | 02/25 | 10.20 | CST | 28-7193 | 7220-18 | 000000 | __.__ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04233633 | 02/26 | 10.73 | |
| 500-74 | ET | 02/25 | 14.53 | CST | 28-7193 | 7220-00 | 000000 | __.__ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |

Sunday
    Base           05200: 005.77

| EBR # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-84 | BT | 02/26 | 08.21 | CST | 28-7200 | 0770-00 | 000000 | __.__ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 000-0000 | MV | 02/26 | 08.30 | CST | 28-7200 | 7240-00 | 000000 | __.__ | 02778412 | 02/26 | 11.30 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-84 | MV | 02/26 | 09.35 | CST | 28-7200 | 7210-29 | 000000 | __.__ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02778412 | 02/26 | 11.30 | |
| 000-0000 | MV | 02/26 | 09.35 | CST | 28-7200 | 7230-00 | 000000 | __.__ | 02778412 | 02/26 | 11.30 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-84 | ET | 02/26 | 14.48 | CST | 28-7200 | 7220-00 | 000000 | __.__ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |

Monday
    Base           05200: 009.65      05300: 001.65      05400: 001.45

| EBR # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-74 | BT | 02/27 | 09.30 | CST | 28-7193 | 7210-18 | 011017 | __.__ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 5/0-74 | MV | 02/27 | 17.47 | CST | 28-7193 | 7220-18 | 000000 | __.__ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04233633 | 02/27 | 23.80 | |
| 500-74 | MV | 02/27 | 17.47 | CST | 28-7193 | 7210-18 | 018055 | __.__ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 000-0000 | OT | 02/27 | 18.00 | CST | 28-7181 | 7220-00 | 000000 | 01.65 | 04233633 | 02/27 | 23.80 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 0-74 | ET | 02/27 | 19.45 | CST | 28-7193 | 7220-00 | 000000 | __.__ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |

**UNITED STATES POSTAL SERVICE ®**

| | |
|---|---|
| Report: | TAC500R3 v3.004 |
| YrPPWk: | 2016-25-1 to 2017-05-2 |
| Fin. #: | 28-7181 |

**Restricted USPS T&A Information**
**STL-COYLE BR**
**Employee Everything Report**

| | |
|---|---|
| User ID: | BMQPTB |
| Date: | 04/25/17 |
| Time: | 10:15 AM |
| Page: | 34 |

YrPPWk: 2017-04-2                          Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 000 / 0000 | | Variable EAS | N | Annual Lv Bal. | 27.36 | FMLA Hrs | 2154.92 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 00.00 |
| Employee Name | BYRD | S  D | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

**Processed Clock Rings**

Tuesday
       Base                05200: 007.20
  EBR #

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-0000 | OT | 02/14 | 07.00 | CST | 28-7181 | 7220-00 | 000000 | 03.00 | 02508941 | 02/14 | 14.12 | | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | | |
| 500-63 | MV | 02/14 | 08.64 | CST | 28-7181 | 7220-25 | 025071 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04276643 | 02/14 | 08.85 | | |
| 000-0000 | BT | 02/14 | 08.64 | CST | 28-7181 | 7220-25 | 025071 | _._ | 04276643 | 02/14 | 08.85 | | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | | |
| 500-63 | MV | 02/14 | 09.41 | CST | 28-7181 | 7210-25 | 025071 | _._ | _-_-_ | _/_ | 00.00 | | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | | |
| 500-63 | MV | 02/14 | 14.98 | CST | 28-7181 | 7220-25 | 000000 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 02/14 | 15.08 | | |
| 500-63 | MV | 02/14 | 14.99 | CST | 28-7181 | 7210-25 | 025026 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 02/14 | 15.08 | | |
| 000-0000 | MV | 02/14 | 15.00 | CST | 28-7181 | 7310-00 | 025727 | _._ | 02508941 | 02/14 | 15.10 | | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | | |
| 000-0000 | MV | 02/14 | 16.30 | CST | 28-7181 | 7220-00 | 025071 | _._ | 02508941 | 02/14 | 16.75 | | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | | |
| 500-63 | ET | 02/14 | 16.34 | CST | 28-7181 | 7220-00 | 000000 | _._ | _-_-_ | _/_ | 00.00 | | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | | |

**Weekly Total**

| | | | |
|---|---|---|---|
| Paid Hours : | Base | 052: 020.58 | 076: 019.42 |
| TACS Hours : | Base | 052: 020.58 | 076: 019.42 |

**Un-Processed Rings**
  EBR#

| | | | | | |
|---|---|---|---|---|---|
| ...Report: ...AC500R3 v3.004 | | Restricted USPS T&A Information | User ID: | BMQPTB | |
| Wk: 2016-25-1 to 2017-05-2 | | STL-COYLE BR | Date: | 04/25/17 | |
| #: 28-7181 | | Employee Everything Report | Time: | 10:15 AM | |
| Wk: 2017-02-1 | Weekly | | Page: | 18 | |
| Unit: 0900 | | | | | |

| Loc/Fin. Unit | 000 / 0000 | Variable EAS | N | Annual Lv Bal. | 19.36 | FMLA Hrs | 2152.57 |
|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 00.00 |
| Employee Name | BYRD    S D | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FTF | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule | OOS | Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 84-4 | 2100 | 7220-00 | Q0 | 01 | N | N | 000000 | 28-7181 | | 2017-02-1 | 2017-02-1 | 06.00 | 14.50 | 0.50 | N | SSMTWTF | | |

**Processed Clock Rings**

**Saturday**

Base    05200: 007.62

EBR #

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-63 | BT | 01/07 | 07.42 | CST | 28-7181 | 7220-25 | 025026 | | | | 00.00 | |
| | | | | | | | | | | | 00.00 | |
| 500-63 | MV | 01/07 | 08.55 | CST | 28-7181 | 7210-25 | 025026 | | | | 00.00 | |
| | | | | | | | | | | | 00.00 | |
| 500-63 | MV | 01/07 | 14.50 | CST | 28-7181 | 7210-25 | 025012 | | 04158047 | 01/07 | 15.52 | |
| | | | | | | | | | | | 00.00 | |
| 500-63 | MV | 01/07 | 15.53 | CST | 28-7181 | 7220-25 | 000000 | | | | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04276643 | 01/09 | 05.57 | |
| 000-0000 | MV | 01/07 | 15.53 | CST | 28-7181 | 7220-25 | 025026 | | 04276643 | 01/09 | 05.57 | |
| | | | | | | | | | | | 00.00 | |
| 500-63 | ET | 01/07 | 15.54 | CST | 28-7181 | 7220-00 | 000000 | | | | 00.00 | |
| | | | | | | | | | | | 00.00 | |

**Sunday**

Base    05200: 004.28

EBR #

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-0000 | BT | 01/08 | 08.49 | CST | 28-7181 | 7240-00 | 000000 | | 04276643 | 01/09 | 05.22 | |
| | | | | | | | | | | | 00.00 | |
| 500-63 | BT | 01/08 | 08.49 | CST | 28-7181 | 7220-25 | 000000 | | | | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04276643 | 01/09 | 05.22 | |
| 000-0000 | MV | 01/08 | 08.88 | CST | 28-7181 | 7230-00 | 000000 | | 04276643 | 01/09 | 05.23 | |
| | | | | | | | | | | | 00.00 | |
| 500-63 | BT | 01/08 | 08.88 | CST | 28-7181 | 7210-25 | 025002 | | | | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04276643 | 01/09 | 05.22 | |
| 500-63 | ET | 01/08 | 12.77 | CST | 28-7181 | 7220-00 | 000000 | | | | 00.00 | |
| | | | | | | | | | | | 00.00 | |

**Monday**

Base    05200: 008.04    05300: 000.04    05400: 000.20

EBR #

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-0000 | OT | 01/09 | 10.03 | CST | 28-7181 | 7220-00 | 000000 | 01.50 | 02740685 | 01/09 | 20.93 | |
| | | | | | | | | | | | 00.00 | |
| 500-63 | BT | 01/09 | 10.03 | CST | 28-7181 | 6220-25 | 000000 | | | | 00.00 | |
| | | | | | | | | | | | 00.00 | |
| 500-78 | MV | 01/09 | 10.75 | CST | 28-7202 | 7220-30 | 030081 | | | | 00.00 | |
| | | | | | | | | | | | 00.00 | |
| 500-78 | MV | 01/09 | 11.26 | CST | 28-7202 | 7210-30 | 030081 | | | | 00.00 | |
| | | | | | | | | | | | 00.00 | |
| 000-0000 | OL | 01/09 | 17.87 | CST | 28-7181 | 7220-00 | 000000 | | 02740685 | 01/09 | 20.93 | |
| | | | | | | | | | | | 00.30 | |
| 500-78 | IL | 01/09 | 18.37 | CST | 28-7202 | 7220-30 | 000000 | | | | 00.00 | |
| | | | | | | | | | | | 00.00 | |
| 500-78 | ET | 01/09 | 18.57 | CST | 28-7202 | 7220-00 | 000000 | | | | 00.00 | |
| | | | | | | | | | | | 00.00 | |

## UNITED STATES POSTAL SERVICE ®

| | | |
|---|---|---|
| **Report:** TAC500R3 v4.001 | **Restricted USPS T&A Information** | **User ID:** JPWKCB |
| **YrPPWk:** 2019-09-2 | **STL-MARYVILLE GARDENS STA** | **Date:** 05/15/19 |
| **Fin. #:** 28-7193 | **Employee Everything Report** | **Time:** 03:46 PM |
| | | **Page:** 2 |

**YrPPWk:** 2019-09-2  **Weekly**
**Sub-Unit:** 0000

| Pay Loc/Fin. Unit | 071 / 0000 | | Variable EAS | N | Annual Lv Bal. | 76.00 | FMLA Hrs | 1881.66 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 04.00 | FMLA Used | 04.00 |
| Employee Name | BYRD | S  D | Auto H/L | N | LWOP Lv Bal. | 00.38 | SLDC Used | 00.00 |

### Processed Clock Rings

Thursday

Base        05200: 008.00

EBR #

| 500-73 | BT | 04/25 | 08.02 | CDT | 28-7193 | 7220-18 | 004029 | __.__ __-__-__ __/__ | 00.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | __-__-__ __/__ | 00.00 |
| 500-74 | MV | 04/25 | 08.05 | CDT | 28-7193 | 7820-00 | 000000 | __.__ __-__-__ __/__ | 00.00 |
| | | | | | | | | __-__-__ __/__ | 00.00 |
| 500-73 | MV | 04/25 | 08.23 | CDT | 28-7193 | 7220-18 | 004029 | __.__ __-__-__ __/__ | 00.00 |
| | | | | | | | | __-__-__ __/__ | 00.00 |
| 500-73 | MV | 04/25 | 09.31 | CDT | 28-7193 | 7210-18 | 004029 | __.__ __-__-__ __/__ | 00.00 |
| | | | | | | | | __-__-__ __/__ | 00.00 |
| 500-73 | MV | 04/25 | 15.88 | CDT | 28-7193 | 7430-00 | 000000 | __.__ __-__-__ __/__ | 00.00 |
| | | | | | | | | __-__-__ __/__ | 00.00 |
| 500-48 | MV | 04/25 | 16.49 | CDT | 28-7193 | 7220-18 | 004029 | __.__ __-__-__ __/__ | 00.00 |
| | | | | | | | | __-__-__ __/__ | 00.00 |
| 500-48 | ET | 04/25 | 16.50 | CDT | 28-7193 | 7220-00 | 004029 | __.__ __-__-__ __/__ | 00.00 |
| | | | | | | | | __-__-__ __/__ | 00.00 |

Weekly Total

| Paid Hours : | Base | 052: 040.05 | 053: 000.43 | 059: 000.38 |
|---|---|---|---|---|
| TACS Hours : | Base | 052: 040.05 | 053: 000.43 | 055: 000.38 |

### Un-Processed Rings
EBR#

**UNITED STATES POSTAL SERVICE ®**

| | | |
|---|---|---|
| Report: | TAC500R3 v4.001 | User ID: JPWKCB |
| YrPPWk: | 2019-10-1 | Date: 05/15/19 |
| Fin. #: | 28-7193 | Time: 03:45 PM |

**Restricted USPS T&A Information**
**STL-MARYVILLE GARDENS STA**
**Employee Everything Report**

Page: 2

YrPPWk: 2019-10-1                                      Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 071 / 0000 | | Variable EAS | N | Annual Lv Bal. | 76.00 | FMLA Hrs | 1881.66 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 04.00 | FMLA Used | 04.00 |
| Employee Name | BYRD | S  D | Auto H/L | N | LWOP Lv Bal. | 00.38 | SLDC Used | 00.00 |

**Processed Clock Rings**

Friday

Base                05200: 008.00

EBR #

| 500-73 | BT | 05/03 | 08.03 | CDT | 28-7193 | 7220-18 | 004029 | __.__ __-__-__ | __/__ | 00.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | __-__-__ | __/__ | 00.00 |
| 500-73 | MV | 05/03 | 09.02 | CDT | 28-7193 | 7210-18 | 004029 | __.__ __-__-__ | __/__ | 00.00 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |
| 500-74 | MV | 05/03 | 16.45 | CDT | 28-7193 | 7220-18 | 004029 | __.__ __-__-__ | __/__ | 00.00 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |
| 500-73 | ET | 05/03 | 16.50 | CDT | 28-7193 | 7220-00 | 004029 | __.__ __-__-__ | __/__ | 00.00 |
| | | | | | | | | __-__-__ | __/__ | 00.00 |

Weekly Total

| Paid Hours : | Base | 052: 042.56 | 053: 002.56 |
|---|---|---|---|
| TACS Hours : | Base | 052: 042.56 | 053: 002.56 |

**Un-Processed Rings**

EBR#

## UNITED STATES POSTAL SERVICE ®

| | |
|---|---|
| **Report:** TAC500R3 v4.001 | **User ID:** JPWKCB |
| **YrPPWk:** 2019-10-2 | **Date:** 05/15/19 |
| **Fin. #:** 28-7193 | **Time:** 03:45 PM |

**Restricted USPS T&A Information**
**STL-MARYVILLE GARDENS STA**
**Employee Everything Report**

**Page:** 1

**YrPPWk:** 2019-10-2          **Weekly**
**Sub-Unit:** 0000

| Pay Loc/Fin. Unit | 071 / 0000 | | Variable EAS | N | Annual Lv Bal. | 76.00 | FMLA Hrs | 1851.15 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 08.00 | FMLA Used | 04.00 |
| Employee Name | BYRD | S  D | Auto H/L | N | LWOP Lv Bal. | 24.79 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FTF | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule | OOS | Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 13-4 | 2100 | 7220-00 | Q0 | 01 | N | N | 004029 | 28-7193 | | 2019-10-2 | 2019-10-2 | 08.00 | 16.50 | 0.50 | N | S--TWTF | | |

### Processed Clock Rings

**Saturday**

Base          05510: 008.00

EBR #

| 888-8888 | 05510 | 05/04 | 08.00 | CDT | 28-7193 | 7220-00 | 004029 | 08.00 | 02831811 | 05/04 | 10.57 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | __-__-___ | __/__ | 00.00 | |

**Tuesday**

Base          05200: 000.42          05904: 007.58

EBR #

| 500-74 | BT | 05/07 | 08.00 | CDT | 28-7193 | 7220-18 | 004029 | | | __/__ | 00.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | __/__ | 00.00 | |
| 888-8888 | 05904 | 05/07 | 08.42 | CDT | 28-7193 | 7220-00 | 004029 | 07.58 | 02665929 | 05/07 | 12.50 | |
| | | | | | | | | | | __/__ | 00.00 | |
| 500-73 | ET | 05/07 | 08.42 | CDT | 28-7193 | 7220-00 | 004029 | | | __/__ | 00.00 | (W)NonScheduled End Tour |
| | | | | | | | | | | __/__ | 00.00 | |

**Wednesday**

Base          05200: 009.45          05300: 001.45

EBR #

| 000-0000 | OT | 05/08 | 08.00 | CDT | 28-7193 | 7220-00 | 000000 | 01.50 | 04233633 | 05/08 | 20.25 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | __/__ | 00.00 | |
| 500-73 | BT | 05/08 | 08.02 | CDT | 28-7193 | 7220-18 | 004029 | | | __/__ | 00.00 | |
| | | | | | | | | | | __/__ | 00.00 | |
| 000-0000 | MV | 05/08 | 09.28 | CDT | 28-7193 | 7430-18 | 004029 | | 02831811 | 05/09 | 04.17 | |
| | | | | | | | | | | __/__ | 00.00 | |
| 500-73 | MV | 05/08 | 10.48 | CDT | 28-7193 | 7210-18 | 004029 | | | __/__ | 00.00 | |
| | | | | | | | | | | __/__ | 00.00 | |
| 500-73 | MV | 05/08 | 17.96 | CDT | 28-7193 | 7220-18 | 004029 | | | __/__ | 00.00 | |
| | | | | | | | | | | __/__ | 00.00 | |
| 000-0000 | ET | 05/08 | 17.97 | CDT | 28-7193 | 7220-00 | 004029 | | 04233633 | 05/08 | 20.25 | (W)NonScheduled End Tour |
| | | | | | | | | | | __/__ | 00.00 | |

**Thursday**

Base          05200: 007.17          05901: 000.83          07000: 002.26

EBR #

| 500-73 | BT | 05/09 | 08.01 | CDT | 28-7193 | 7220-18 | 004029 | | | __/__ | 00.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | __/__ | 00.00 | |
| 500-73 | MV | 05/09 | 09.26 | CDT | 28-7193 | 6130-00 | 000000 | | | __/__ | 00.00 | |
| | | | | | | | | | | __/__ | 00.00 | |
| 500-73 | MV | 05/09 | 09.90 | CDT | 28-7193 | 7220-18 | 004029 | | | __/__ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02739680 | 05/09 | 14.37 | |
| 500-73 | MV | 05/09 | 11.52 | CDT | 28-7193 | 7210-18 | 004029 | | | __/__ | 00.00 | |
| | | | | | | | | | | __/__ | 00.00 | |
| 500-73 | MV | 05/09 | 15.68 | CDT | 28-7193 | 7220-18 | 004029 | | | __/__ | 00.00 | |
| | | | | | | | | | | __/__ | 00.00 | |
| 888-8888 | 05901 | 05/09 | 15.68 | CDT | 28-7193 | 7220-00 | 004029 | 00.83 | 02665929 | 05/09 | 19.02 | |
| | | | | | | | | | | __/__ | 00.00 | |
| 500-73 | ET | 05/09 | 15.68 | CDT | 28-7193 | 7220-00 | 004029 | | | __/__ | 00.00 | (W)NonScheduled End Tour |
| | | | | | | | | | | __/__ | 00.00 | |

| **UNITED STATES POSTAL SERVICE ®** | | | | | | User ID: | JPWKCB |
|---|---|---|---|---|---|---|---|
| Report: | TAC500R3 v4.001 | | **Restricted USPS T&A Information** | | | Date: | 05/15/19 |
| YrPPWk: | 2019-09-2 | | **STL-MARYVILLE GARDENS STA** | | | Time: | 03:46 PM |
| Fin. #: | 28-7193 | | **Employee Everything Report** | | | Page: | 1 |

YrPPWk: 2019-09-2 Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 071 / 0000 | | Variable EAS | N | Annual Lv Bal. | 76.00 | FMLA Hrs | 1881.66 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 04.00 | FMLA Used | 04.00 |
| Employee Name | BYRD | S  D | Auto H/L | N | LWOP Lv Bal. | 00.38 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FTF | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule | OOS | Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 13-4 | 2100 | 7220-00 | Q0 | 01 | N | N | 004029 | 28-7193 | | 2019-09-2 | 2019-09-2 | 08.00 | 16.50 | 0.50 | N | S-MTWT- | | |

**Processed Clock Rings**

**Saturday**
Base        05200: 008.00
EBR #

| Job | D/A | | Time | | Fin.# | Route | Route2 | | | | | Amt | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-73 | BT | 04/20 | 08.01 | CDT | 28-7193 | 7220-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | MV | 04/20 | 09.64 | CDT | 28-7193 | 7210-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | MV | 04/20 | 16.58 | CDT | 28-7193 | 7220-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | ET | 04/20 | 16.59 | CDT | 28-7193 | 7220-00 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | (W)NonScheduled End Tour |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |

**Monday**
Base        05200: 008.43        05300: 000.43
EBR #

| Job | D/A | | Time | | Fin.# | Route | Route2 | | | | | Amt | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-73 | BT | 04/22 | 08.00 | CDT | 28-7193 | 7220-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 000-0000 | OT | 04/22 | 08.00 | CDT | 28-7193 | 7220-00 | 000000 | 08.00 | 04169833 | 04/23 | 18.42 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-74 | MV | 04/22 | 09.58 | CDT | 28-7193 | 7210-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 000-0000 | OT | 04/22 | 16.50 | CDT | 28-7193 | 7220-00 | 000000 | 00.43 | 04169833 | 04/23 | 18.40 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | MV | 04/22 | 16.92 | CDT | 28-7193 | 7220-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | ET | 04/22 | 16.93 | CDT | 28-7193 | 7220-00 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | (W)NonScheduled End Tour |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |

**Tuesday**
Base        05200: 007.62        05500: 000.38
EBR #

| Job | D/A | | Time | | Fin.# | Route | Route2 | | | | | Amt | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-73 | BT | 04/23 | 08.00 | CDT | 28-7193 | 7220-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 888-8888 | 05500 | 04/23 | 08.00 | CDT | 28-7193 | 7220-00 | 004029 | 00.38 | 02831811 | 04/24 | 07.43 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | MV | 04/23 | 09.16 | CDT | 28-7193 | 7210-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | MV | 04/23 | 16.10 | CDT | 28-7193 | 7220-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | ET | 04/23 | 16.12 | CDT | 28-7193 | 7220-00 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | (W)NonScheduled End Tour |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |

**Wednesday**
Base        05200: 008.00
EBR #

| Job | D/A | | Time | | Fin.# | Route | Route2 | | | | | Amt | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-74 | BT | 04/24 | 08.02 | CDT | 28-7193 | 7220-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | MV | 04/24 | 09.15 | CDT | 28-7193 | 7210-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | MV | 04/24 | 16.44 | CDT | 28-7193 | 7220-18 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| 500-73 | ET | 04/24 | 16.50 | CDT | 28-7193 | 7220-00 | 004029 | _ _ . _ _ | _ _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |
| | | | | | | | | | _ _ . _ _ . _ | _ _ / _ _ | 00.00 | |

**UNITED STATES POSTAL SERVICE ®**

| Report: | TAC500R3 v4.006 - (05) | | User ID: | RVV4W0 |
| YrPPWk: | 2024-22-2 to 2024-23-1 | **Restricted USPS T&A Information** | Date: | 11/09/24 |
| | | **STL-CLAYTON BR** | Time: | 10:40 AM |
| Fin. #: | 28-7180 | **Employee Everything Report** | Page: | 3 |

YrPPWk:  2024-23-1                                                          Weekly
Sub-Unit:  0000

| Pay Loc/Fin. Unit | 000 / 0000 | | | Variable EAS | N | Annual Lv Bal. | -18.00 | FMLA Hrs | 1440.64 |
| Employee ID | 04158047 | | | Borrowed | N | Sick Lv Bal. | 08.00 | FMLA Used | 06.00 |
| Employee Name | BYRD | S D | | Auto H/L | N | LWOP Lv Bal. | 315.82 | SLDC Used | 06.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FTF | FLSA | Route # | Hire/ Loaned Fin#. | Duty Fin#. | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule | OOS | Day |
|-----|-----|-----|---------|-----|-----|-----|------|---------|--------------------|------------|-----------------|---------------|------------|----------|-----------|-----------|----------|-----|-----|
| Base | 13-4 | 2100 | 7220-00 | Q7 | 01 | N | N | 005015 | 28-7180 | 28-7180 | 2024-23-1 | 2024-23-1 | 08.50 | 17.00 | 0.50 | N | S-MT-TF | | |
| Temp | 13-4 | 2100 | 7220-00 | Q7 | 01 | N | N | 005015 | 28-7180 | 28-7180 | 2024-23-1 | 2024-23-1 | 08.50 | 17.00 | 0.50 | N | S-M-WTF | | |

**Processed Clock Rings**

Saturday
    Base      05200: 008.94      05300: 000.94
  Source

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDD/MIO | BT | 10/19 | 08.50 | CDT | 28-7180 | 7220-00 | 005015 | | | | 00.00 |
| | | | | | | | | | | | 00.00 |
| MDD/MIO | MV | 10/19 | 11.20 | CDT | 28-7180 | 7210-00 | 005015 | | | | 00.00 |
| | | | | | | | | | | | 00.00 |
| OTADMIN | OT | 10/19 | 17.00 | CDT | 28-7180 | 7220-00 | 000000 | 02.00 | 03586617 | 10/18 | 20.33 |
| | | | | | | | | | | | 00.00 |
| MDD/MIO | MV | 10/19 | 17.91 | CDT | 28-7180 | 7220-00 | 005015 | | | | 00.00 |
| | | | | | | | | | | | 00.00 |
| MDD/MIO | ET | 10/19 | 17.94 | CDT | 28-7180 | 7220-00 | 005015 | | | | 00.00 (W)NonScheduled End Tour |
| | | | | | | | | | | | 00.00 |

Monday
    Base      05200: 008.09      05300: 000.09
  Source

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDD/MIO | BT | 10/21 | 08.58 | CDT | 28-7180 | 7220-00 | 005015 | | | | 00.00 |
| | | | | | | | | | | | 00.00 |
| 000-0000 | MV | 10/21 | 09.97 | CDT | 28-7180 | 7210-00 | 005015 | | 03586617 | 10/21 | 15.97 |
| | | | | | | | | | | | 00.00 |
| OTADMIN | OT | 10/21 | 17.00 | CDT | 28-7180 | 7220-00 | 000000 | 02.00 | 02590158 | 10/21 | 11.25 |
| | | | | | | | | | | | 00.00 |
| MDD/MIO | MV | 10/21 | 17.16 | CDT | 28-7180 | 7220-00 | 005015 | | | | 00.00 |
| | | | | | | | | | | | 00.00 |
| MDD/MIO | ET | 10/21 | 17.17 | CDT | 28-7180 | 7220-00 | 005015 | | | | 00.00 (W)NonScheduled End Tour |
| | | | | | | | | | | | 00.00 |

Wednesday
    Base      05200: 008.35      05300: 000.35
  Source

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDD/MIO | BT | 10/23 | 08.62 | CDT | 28-7180 | 7220-00 | 005015 | | | | 00.00 (W)NonScheduled Begin Tour |
| | | | | | | | | | | | 00.00 |
| MDD/MIO | MV | 10/23 | 10.37 | CDT | 28-7180 | 7210-00 | 005015 | | | | 00.00 |
| | | | | | | | | | | | 00.00 |
| MDD/MIO | MV | 10/23 | 17.40 | CDT | 28-7180 | 7220-00 | 005015 | | | | 00.00 |
| | | | | | | | | | | | 00.00 |
| MDD/MIO | ET | 10/23 | 17.47 | CDT | 28-7180 | 7220-00 | 005015 | | | | 00.00 (W)Missing OT Transaction |
| | | | | | | | | | | | 00.00 |

## UNITED STATES POSTAL SERVICE ®

| Report: | TAC500R3 v3.004 | | |
| YrPPWk: | 2016-25-1 to 2017-05-2 | | |
| Fin. #: | 28-7181 | | |

**Restricted USPS T&A Information**
**STL-COYLE BR**
**Employee Everything Report**

| User ID: | MOPTB |
| Date: | 04/25 |
| Time: | 10:15 AM |
| Page: | 27 |

| YrPPWk: | 2017-03-2 | Weekly |
| Sub-Unit: | 0000 | |

| Pay Loc/Fin. Unit | 000 / 0000 | | Variable EAS | N | Annual Lv Bal. | 27.36 | FMLA Hrs | 2154.92 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 00.00 |
| Employee Name | BYRD | S D | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FTF | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule | OOS | Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 84-4 | 2100 | 7220-00 | Q0 | 01 | N | N | 000000 | 28-7181 | | 2017-03-2 | 2017-03-2 | 06.00 | 14.50 | 0.50 | N | SSMTWTF | | |

### Processed Clock Rings

**Saturday**

Base        05200: 005.92

| EBR # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-77 | BT | 01/28 | 09.59 | CST | 28-7188 | 7210-16 | 011061 | __.__ | __-__-__ | __/__ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02711336 | 01/28 | 09.77 | |
| 000-0000 | BT | 01/28 | 09.59 | CST | 28-7188 | 7210-16 | 016061 | __.__ | 02711336 | 01/28 | 09.78 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |
| 000-0000 | MV | 01/28 | 15.43 | CST | 28-7181 | 7220-16 | 016061 | __.__ | 02711336 | 01/29 | 11.45 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |
| 500-77 | ET | 01/28 | 15.51 | CST | 28-7188 | 7220-00 | 000000 | __.__ | __-__-__ | __/__ | 00.00 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |

**Monday**

Base        05200: 008.10    05300: 000.10

| EBR # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-0000 | OT | 01/30 | 06.00 | CST | 28-7181 | 7220-00 | 000000 | 00.10 | 02508941 | 01/30 | 18.92 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |
| 500-63 | BT | 01/30 | 09.19 | CST | 28-7181 | 7220-25 | 025024 | __.__ | __-__-__ | __/__ | 00.00 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |
| 500-63 | MV | 01/30 | 10.08 | CST | 28-7181 | 7210-25 | 025024 | __.__ | __-__-__ | __/__ | 00.00 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |
| 000-0000 | MV | 01/30 | 16.45 | CST | 28-7181 | 7220-25 | 025024 | __.__ | 04276643 | 01/31 | 08.50 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |
| 000-0000 | MV | 01/30 | 16.51 | CST | 28-7181 | 6220-00 | 000000 | __.__ | 02508941 | 01/30 | 18.90 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |
| 500-63 | ET | 01/30 | 16.51 | CST | 28-7181 | 7220-00 | 000000 | __.__ | __-__-__ | __/__ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 01/30 | 18.88 | |
| 000-0000 | MV | 01/30 | 16.91 | CST | 28-7188 | 7210-16 | 000000 | __.__ | 02508941 | 01/30 | 18.92 | (W)Ring Deleted From PC |
| | | | | | | | | | 02818648 | 01/31 | 05.52 | |
| 500-77 | MV | 01/30 | 16.91 | CST | 28-7188 | 7220-16 | 000000 | __.__ | __-__-__ | __/__ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 01/30 | 18.92 | |
| 000-0000 | MV | 01/30 | 16.91 | CST | 28-7188 | 7210-16 | 016086 | __.__ | 02818648 | 01/31 | 05.52 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |
| 500-77 | ET | 01/30 | 17.79 | CST | 28-7188 | 7220-00 | 000000 | __.__ | __-__-__ | __/__ | 00.00 | |
| | | | | | | | | | __-__-__ | __/__ | 00.00 | |

**UNITED STATES POSTAL SERVICE ®**

| | | | |
|---|---|---|---|
| Report: | TAC500R3 v3.004 | Restricted USPS T&A Information | User ID: RMOPTB |
| YrPPWk: | 2016-25-1 to 2017-05-2 | STL-COYLE BR | Date: 04/25/... |
| Fin. #: | 28-7181 | Employee Everything Report | Time: 10:15 AM |
| | | | Page: 25 |

YrPPWk:  2017-03-1    Weekly
Sub-Unit:  0000

| Pay Loc/Fin. Unit | 000 / 0000 | | | Variable EAS | N | Annual Lv Bal. | 23.36 | FMLA Hrs | 2148.28 |
|---|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 00.00 |
| Employee Name | BYRD | S | D | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

**Processed Clock Rings**

Monday
    Base        05200: 007.65

EBR #

| 500-98 | BT | 01/23 | 09.51 | CST | 28-7179 | 7210-10 | 011027 | __.__ | ___-__-___ | __/__ | 00.00 | (W)Ring Deleted From PC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 02692555 | 01/23 | 19.13 | |
| 000-0000 | BT | 01/23 | 09.51 | CST | 28-7179 | 7210-10 | 010027 | __.__ | 02692555 | 01/23 | 19.13 | |
| | | | | | | | | | ___-__-___ | __/__ | 00.00 | |
| 000-0000 | MV | 01/23 | 16.48 | CST | 28-7179 | 7220-10 | 010028 | __.__ | 02692555 | 01/23 | 19.17 | (W)Ring Deleted From PC |
| | | | | | | | | | 02692555 | 01/23 | 19.17 | |
| 000-0000 | MV | 01/23 | 16.48 | CST | 28-7179 | 7220-10 | 010027 | __.__ | 02692555 | 01/23 | 19.17 | (W)Ring Deleted From PC |
| | | | | | | | | | 02692555 | 01/23 | 19.17 | |
| 000-0000 | MV | 01/23 | 16.48 | CST | 28-7179 | 7210-10 | 010028 | __.__ | 02692555 | 01/23 | 19.15 | |
| | | | | | | | | | ___-__-___ | __/__ | 00.00 | |
| 500-98 | MV | 01/23 | 16.48 | CST | 28-7179 | 7210-10 | 011028 | __.__ | ___-__-___ | __/__ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02692555 | 01/23 | 19.13 | |
| 500-98 | MV | 01/23 | 16.48 | CST | 28-7179 | 7220-10 | 000000 | __.__ | ___-__-___ | __/__ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02692555 | 01/23 | 19.15 | |
| 000-0000 | MV | 01/23 | 17.60 | CST | 28-7179 | 7220-10 | 010027 | __.__ | 02692555 | 01/23 | 19.18 | |
| | | | | | | | | | ___-__-___ | __/__ | 00.00 | |
| 500-98 | ET | 01/23 | 17.66 | CST | 28-7179 | 7220-00 | 000000 | __.__ | ___-__-___ | __/__ | 00.00 | |
| | | | | | | | | | ___-__-___ | __/__ | 00.00 | |

Tuesday
    Base        05200: 009.29    05300: 001.29

EBR #

| 500-74 | BT | 01/24 | 07.19 | CST | 28-7193 | 7220-18 | 018046 | __.__ | ___-__-___ | __/__ | 00.00 | (W)Ring Deleted From PC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 04233633 | 01/24 | 18.48 | |
| 000-0000 | BT | 01/24 | 07.19 | CST | 28-7193 | 7220-18 | 018055 | __.__ | 04233633 | 01/24 | 18.48 | |
| | | | | | | | | | ___-__-___ | __/__ | 00.00 | |
| 500-74 | BT | 01/24 | 07.55 | CST | 28-7193 | 7220-18 | 018055 | __.__ | ___-__-___ | __/__ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04233633 | 01/24 | 17.60 | |
| 000-0000 | MV | 01/24 | 07.55 | CST | 28-7193 | 7220-18 | 018055 | __.__ | 04233633 | 01/24 | 17.60 | |
| | | | | | | | | | ___-__-___ | __/__ | 00.00 | |
| 000-0000 | MV | 01/24 | 09.52 | CST | 28-7193 | 7210-18 | 018055 | __.__ | 04233633 | 01/24 | 17.60 | |
| | | | | | | | | | ___-__-___ | __/__ | 00.00 | |
| 500-74 | BT | 01/24 | 09.52 | CST | 28-7193 | 7210-18 | 018055 | __.__ | ___-__-___ | __/__ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04233633 | 01/24 | 17.58 | |
| 000-0000 | OT | 01/24 | 16.50 | CST | 28-7181 | 7220-00 | 000000 | 01.29 | 04233633 | 01/24 | 17.62 | |
| | | | | | | | | | ___-__-___ | __/__ | 00.00 | |
| 500-74 | ET | 01/24 | 16.98 | CST | 28-7193 | 7220-00 | 000000 | __.__ | ___-__-___ | __/__ | 00.00 | |
| | | | | | | | | | ___-__-___ | __/__ | 00.00 | |

**UNITED STATES POSTAL SERVICE ®**

| | | | |
|---|---|---|---|
| Report: | TAC500R3 v3.004 | | User ID: БМQPTB |
| YrPPWk: | 2016-25-1 to 2017-05-2 | Restricted USPS T&A Information | Date: 04/25/17 |
| | | STL-COYLE BR | Time: 10:15 AM |
| Fin. #: | 28-7181 | Employee Everything Report | Page: 16 |

| | | | |
|---|---|---|---|
| YrPPWk: | 2017-01-2 | Weekly | |
| Sub-Unit: | 0000 | | |

| Pay Loc/Fin. Unit | 000 / 0000 | Variable EAS | N | Annual Lv Bal. | 19.36 | FMLA Hrs | 2152.57 |
|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 08.00 |
| Employee Name | BYRD        S   D | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

**Processed Clock Rings**

**Thursday**

Base        04300: 000.52    05200: 010.52    05300: 002.00

EBR #

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500-63 | BT | 01/05 | 06.81 | CST | 28-7181 | 7220-25 | 025054 | _._ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 000-0000 | OT | 01/05 | 07.00 | CST | 28-7181 | 7220-00 | 000000 | 02.58 | 02508941 | 01/05 | 18.92 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 000-0000 | MV | 01/05 | 08.74 | CST | 28-7181 | 7210-25 | 025054 | _._ | 02508941 | 01/05 | 14.83 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-63 | MV | 01/05 | 08.74 | CST | 28-7181 | 7210-25 | 000000 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 01/05 | 14.83 | |
| 500-63 | MV | 01/05 | 08.90 | CST | 28-7181 | 7220-25 | 000000 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 01/05 | 14.83 | |
| 000-0000 | MV | 01/05 | 08.90 | CST | 28-7181 | 7220-25 | 025054 | _._ | 02508941 | 01/05 | 14.85 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 000-0000 | MV | 01/05 | 08.90 | CST | 28-7181 | 7220-25 | 025024 | _._ | 02508941 | 01/05 | 14.83 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 01/05 | 14.85 | |
| 500-63 | MV | 01/05 | 09.94 | CST | 28-7181 | 7210-25 | 000000 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 01/05 | 14.83 | |
| 000-0000 | MV | 01/05 | 09.94 | CST | 28-7181 | 7210-25 | 025054 | _._ | 02508941 | 01/05 | 14.83 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 000-0000 | MV | 01/05 | 10.33 | CST | 28-7181 | 7400-00 | 025054 | _._ | 02508941 | 01/05 | 14.85 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-63 | MV | 01/05 | 10.33 | CST | 28-7181 | 7400-00 | 000000 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 01/05 | 14.85 | |
| 500-63 | MV | 01/05 | 10.63 | CST | 28-7181 | 7210-25 | 025054 | _._ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-63 | MV | 01/05 | 16.15 | CST | 28-7181 | 7220-25 | 000000 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02508941 | 01/05 | 18.50 | |
| 500-63 | MV | 01/05 | 16.16 | CST | 28-7181 | 7210-25 | 025012 | _._ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 000-0000 | MV | 01/05 | 17.75 | CST | 28-7181- | 7220-25 | 025054 | _._ | 02508941 | 01/05 | 18.50 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-63 | ET | 01/05 | 17.83 | CST | 28-7181 | 7220-00 | 000000 | _._ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |

**Friday**

Base        05200: 008.35    05300: 003.20    05400: 000.18

EBR #

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-0000 | OT | 01/06 | 06.00 | CST | 28-7181 | 7220-00 | 000000 | 03.20 | 02508941 | 01/06 | 18.45 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-48 | BT | 01/06 | 09.33 | CST | 28-7193 | 7220-18 | 018115 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02866965 | 01/06 | 11.25 | |
| 000-0000 | BT | 01/06 | 09.33 | CST | 28-7193 | 7210-18 | 011015 | _._ | 02866965 | 01/06 | 11.25 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-48 | MV | 01/06 | 09.89 | CST | 28-7193 | 7210-18 | 018115 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02866965 | 01/06 | 11.25 | |
| 500-74 | MV | 01/06 | 16.74 | CST | 28-7193 | 7220-18 | 000000 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 02831811 | 01/07 | 05.43 | |
| 500-74 | MV | 01/06 | 16.74 | CST | 28-7193 | 7210-18 | 011121 | _._ | _-_-_ | _/_ | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 04233633 | 01/06 | 20.83 | |
| 000-0000 | MV | 01/06 | 16.74 | CST | 28-7193 | 7210-18 | 011021 | _._ | 04233633 | 01/06 | 20.83 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |
| 500-74 | ET | 01/06 | 18.18 | CST | 28-7193 | 7220-00 | 000000 | _._ | _-_-_ | _/_ | 00.00 | |
| | | | | | | | | | _-_-_ | _/_ | 00.00 | |

kly Total

**UNITED STATES POSTAL SERVICE** ®

| | | | | | User ID: | BMOPTB |
|---|---|---|---|---|---|---|
| Report: | TAC500R3 v3.004 | | Restricted USPS T&A Information | | Date: | 04/25/17 |
| YrPPWk: | 2016-25-1 to 2017-05-2 | | STL-COYLE BR | | Time: | 10:15 AM |
| Fin. #: | 28-7181 | | Employee Everything Report | | Page: | 15 |

YrPPWk:  2017-01-2          Weekly

Sub-Unit:  0000

| Pay Loc/Fin. Unit | 000 / 0000 | | Variable EAS | N | Annual Lv Bal. | 19.36 | FMLA Hrs | 2152.57 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 04158047 | | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 08.00 |
| Employee Name | BYRD | S  D | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

**Processed Clock Rings**

Tuesday

    Base        05200: 009.45     05300: 001.45

EBR #

| 500-63 | BT | 01/03 | 07.68 | CST | 28-7181 | 7220-25 | 025054 | _._ __-_-__ | _/_ | 00.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 000-0000 | OT | 01/03 | 08.00 | CST | 28-7181 | 7220-00 | 000000 | 01.45 02508941 | 01/03 | 18.57 |
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 500-63 | MV | 01/03 | 09.43 | CST | 28-7181 | 7210-25 | 025054 | _._ __-_-__ | _/_ | 00.00 |
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 500-63 | MV | 01/03 | 15.00 | CST | 28-7181 | 7210-25 | 025024 | _._ 04158047 | 01/03 | 16.47 |
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 500-63 | MV | 01/03 | 16.48 | CST | 28-7181 | 7220-25 | 000000 | _._ __-_-__ | _/_ | 00.00 |
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 500-63 | MV | 01/03 | 16.48 | CST | 28-7181 | 7220-25 | 025054 | _._ __-_-__ | _/_ | 00.00 |
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 500-63 | MV | 01/03 | 16.49 | CST | 28-7181 | 7210-25 | 025059 | _._ __-_-__ | _/_ | 00.00 |
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 500-63 | ET | 01/03 | 17.63 | CST | 28-7181 | 7220-00 | 000000 | _._ __-_-__ | _/_ | 00.00 |
| | | | | | | | | -_-__ | _/_ | 00.00 |

Wednesday

    Base        05200: 006.85

EBR #

| 500-63 | BT | 01/04 | 09.40 | CST | 28-7181 | 7220-25 | 025054 | _._ __-_-__ | _/_ | 00.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 500-63 | MV | 01/04 | 10.40 | CST | 28-7181 | 7210-25 | 025054 | _._ __-_-__ | _/_ | 00.00 |
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 500-63 | MV | 01/04 | 15.35 | CST | 28-7181 | 7220-25 | 000000 | _._ __-_-__ | _/_ | 00.00 (W)Ring Deleted From PC |
| | | | | | | | | 04276643 | 01/05 | 05.22 |
| 500-63 | MV | 01/04 | 15.36 | CST | 28-7181 | 7210-25 | 025003 | _._ __-_-__ | _/_ | 00.00 |
| | | | | | | | | -_-__ | _/_ | 00.00 |
| 500-63 | ET | 01/04 | 16.75 | CST | 28-7181 | 7220-00 | 000000 | _._ __-_-__ | _/_ | 00.00 |
| | | | | | | | | -_-__ | _/_ | 00.00 |

*[Handwritten annotations: "(My EIN)", "I never had access to Tacs nor was it in my portal at this time. Falsified"]*